Lawrence J. Warfield
PO Box 3350
Carefree, AZ 85377

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 2:24-BK-11058-BKM |
| | § | |
| KELSEA NICHOLE NOWICKI | § | |
| BRYAN ROBERT NOWICKI | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/27/2024. The undersigned trustee was appointed on 12/27/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $8,070.88

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $8,070.88 |

      The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/19/2025 and the deadline for filing government claims was 06/19/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,557.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,557.09, for a total compensation of $1,557.09[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $178.71, for total expenses of $178.71.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2025           By:   /s/ Lawrence J. Warfield
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1     Exhibit A

| | |
|---|---|
| Case No.: | 24-11058-PHX BKM |
| Case Name: | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT |
| For the Period Ending: | 9/23/2025 |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Date Filed (f) or Converted (c): | 12/27/2024 (f) |
| §341(a) Meeting Date: | 02/04/2025 |
| Claims Bar Date: | 06/19/2025 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 chevy malibu | $8,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2023 subaru crosstrack | $21,000.00 | $0.00 | | $0.00 | FA |
| 3 | Used household items and furniture at liquidation value | $5,000.00 | $0.00 | | $0.00 | FA |
| 4 | 2 Tv, 2 Cellphone, 1 Pc, 1 Laptop and various used electronics at liquidation value | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2 Hand Guns (H&K and Taurus), 1 AR 15 | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding Ring | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | 3 dogs | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| 9 | SOFI checking | $2,200.00 | $0.00 | | $0.00 | FA |
| 10 | CashAp | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Venmo | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Chase Checking xx8693 | $0.00 | $0.00 | | $0.00 | FA |
| 13 | SOFI Savings | $4,300.00 | $0.00 | | $0.00 | FA |
| 14 | Brookerage - Charles Schwab | $0.00 | $0.00 | | $0.00 | FA |
| 15 | USAA Retirement | $2,520.00 | $0.00 | | $0.00 | FA |
| 16 | Security deposit - rent | $2,000.00 | $0.00 | | $0.00 | FA |
| 17 | Potential Child Tqx Credits 2024 | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Employer - Term | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Life Term Spouse | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Term Life Spouse | $0.00 | $0.00 | | $0.00 | FA |
| 21 | NON EXEMPT WAGES (u) | $0.00 | $98.22 | | $98.22 | FA |
| 22 | 2024 FEDERAL TAX REFUND (u) | $0.00 | $6,765.04 | | $6,765.04 | FA |
| 23 | 2024 STATE TAX REFUND (u) | $0.00 | $1,207.62 | | $1,207.62 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $51,520.00 | $8,070.88 | $8,070.88 | $0.00 |

| Case No.: | 24-11058-PHX BKM | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | | Date Filed (f) or Converted (c): | 12/27/2024 (f) |
| For the Period Ending: | 9/23/2025 | | §341(a) Meeting Date: | 02/04/2025 |
| | | | Claims Bar Date: | 06/19/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/31/2025 | Ready for TFR |
| 03/19/2025 | REQUEST TO SET CLAIMS BAR DATE FILED - alj |
| 03/19/2025 | Trustee is administering Assets in Case |
| 02/10/2025 | WAITING FOR 2024 TAX RETURNS & REFUNDS |
| 02/08/2025 | WAITING FOR 2024 TAX RETURNS & REFUNDS |

Initial Projected Date Of Final Report (TFR):   02/01/2026    Current Projected Date Of Final Report (TFR):   02/01/2026

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  Exhibit B

| Case No. | 24-11058-PHX BKM | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3976 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | **-***3977 | Account Title: | |
| For Period Beginning: | 12/27/2024 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 9/23/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2025 | | US Treasury | 2024 Federal tax refund | | * | $6,840.00 | | $6,840.00 |
| | {22} | | 2024 Federal tax refund | $6,765.04 | 1224-000 | | | $6,840.00 |
| | {21} | | 2024 Federal tax refund | $74.96 | 1229-000 | | | $6,840.00 |
| 03/25/2025 | | Kelsea Nowicki | pymt from debtor | | * | $230.88 | | $7,070.88 |
| | {23} | | pymt from debtor | $207.62 | 1224-000 | | | $7,070.88 |
| | {21} | | pymt from debtor | $23.26 | 1229-000 | | | $7,070.88 |
| 03/25/2025 | (23) | Kelson Nowicki | pymt from debtor | | 1224-000 | $1,000.00 | | $8,070.88 |
| | | | TOTALS: | | $8,070.88 | $0.00 | $8,070.88 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,070.88 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,070.88 | $0.00 | |

| For the period of 12/27/2024 to 9/23/2025 | | For the entire history of the account between 03/24/2025 to 9/23/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,070.88 | Total Compensable Receipts: | $8,070.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,070.88 | Total Comp/Non Comp Receipts: | $8,070.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 24-11058-PHX BKM | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***3976 | | **Checking Acct #:** | ******5801 |
| **Co-Debtor Taxpayer ID #:** | **-***3977 | | **Account Title:** | |
| **For Period Beginning:** | 12/27/2024 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 9/23/2025 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,070.88 | $0.00 | $8,070.88 |

| For the period of 12/27/2024 to 9/23/2025 | | For the entire history of the case between 12/27/2024 to 9/23/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,070.88 | Total Compensable Receipts: | $8,070.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,070.88 | Total Comp/Non Comp Receipts: | $8,070.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

| Case No.: | 24-11058-PHX BKM | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | | Date: | 9/23/2025 |
| Claims Bar Date: | 06/19/2025 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAWRENCE J. WARFIELD<br>PO Box 3350<br>Carefree AZ 85377 | 09/16/2025 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,557.09 | $1,557.09 | $0.00 | $0.00 | $0.00 | $1,557.09 |
| | LAWRENCE J. WARFIELD<br>PO Box 3350<br>Carefree AZ 85377 | 06/30/2025 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $178.71 | $178.71 | $0.00 | $0.00 | $0.00 | $178.71 |
| 1 | U.S. DEPARTMENT OF EDUCATION C/O NELNET<br>121 S 13th St<br>Lincoln NE 68508 | 03/26/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,367.80 | $14,367.80 | $0.00 | $0.00 | $0.00 | $14,367.80 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover MA 01810-1041 | 03/27/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,346.43 | $1,346.43 | $0.00 | $0.00 | $0.00 | $1,346.43 |
| **Claim Notes:** | (2-1) Credit card | | | | | | | | | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR CONCORA CREDIT INC.<br>PO Box 788<br>Kirkland WA 98083-0788 | 03/31/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $246.69 | $246.69 | $0.00 | $0.00 | $0.00 | $246.69 |
| **Claim Notes:** | (3-1) Money Loaned | | | | | | | | | | | |
| 4 | CITIBANK N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 04/11/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,696.14 | $3,696.14 | $0.00 | $0.00 | $0.00 | $3,696.14 |
| **Claim Notes:** | (4-1) Money Loaned | | | | | | | | | | | |
| 5 | CITIBANK N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 04/11/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,774.11 | $2,774.11 | $0.00 | $0.00 | $0.00 | $2,774.11 |
| **Claim Notes:** | (5-1) Money Loaned | | | | | | | | | | | |

| Case No. | 24-11058-PHX BKM | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | Date: | 9/23/2025 |
| Claims Bar Date: | 06/19/2025 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DISCOVER BANK<br>PO Box 3025<br>New Albany OH 43054-3025 | 04/23/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,370.63 | $3,370.63 | $0.00 | $0.00 | $0.00 | $3,370.63 |
| 7 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 04/29/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,286.83 | $2,286.83 | $0.00 | $0.00 | $0.00 | $2,286.83 |
| 8 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 05/05/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $928.55 | $928.55 | $0.00 | $0.00 | $0.00 | $928.55 |
| 9 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 05/05/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,996.94 | $6,996.94 | $0.00 | $0.00 | $0.00 | $6,996.94 |
| 10 | CAPITAL ONE N.A. BY AIS INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | 05/22/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,494.38 | $3,494.38 | $0.00 | $0.00 | $0.00 | $3,494.38 |
| 11 | CAPITAL ONE N.A. BY AIS INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | 05/30/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,776.90 | $1,776.90 | $0.00 | $0.00 | $0.00 | $1,776.90 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR VELOCITY INVESTMENTS LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 06/09/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,926.54 | $2,926.54 | $0.00 | $0.00 | $0.00 | $2,926.54 |

**Claim Notes:** (12-1) Money Loaned

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 24-11058-PHX BKM | | | | | | | **Trustee Name:** | Lawrence J. Warfield | | |
| **Case Name:** | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | | | | | | | **Date:** | 9/23/2025 | | |
| **Claims Bar Date:** | 06/19/2025 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. Robertson, Anschutz, Schneid, Crane & Partners, PLLC 6409 Congress Avenue, Suite 100 Boca Raton FL 33487 | 06/12/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,368.95 | $9,368.95 | $0.00 | $0.00 | $0.00 | $9,368.95 |
| 14 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. Robertson, Anschutz, Schneid, Crane & Partners, PLLC 6409 Congress Avenue, Suite 100 Boca Raton FL 33487 | 06/12/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,625.90 | $9,625.90 | $0.00 | $0.00 | $0.00 | $9,625.90 |
| | | | | | | **$64,942.59** | **$64,942.59** | **$0.00** | **$0.00** | **$0.00** | | **$64,942.59** |

| **Case No.** | 24-11058-PHX BKM | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | NOWICKI, KELSEA NICHOLE AND NOWICKI, BRYAN ROBERT | **Date:** | 9/23/2025 |
| **Claims Bar Date:** | 06/19/2025 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $63,206.79 | $63,206.79 | $0.00 | $0.00 | $0.00 | $63,206.79 |
| Trustee Compensation | $1,557.09 | $1,557.09 | $0.00 | $0.00 | $0.00 | $1,557.09 |
| Trustee Expenses | $178.71 | $178.71 | $0.00 | $0.00 | $0.00 | $178.71 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:24-BK-11058-BKM
Case Name: KELSEA NICHOLE NOWICKI
BRYAN ROBERT NOWICKI
Trustee Name: Lawrence J. Warfield

Balance on hand: $8,070.88

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $8,070.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lawrence J. Warfield, Trustee Fees | $1,557.09 | $0.00 | $1,557.09 |
| Lawrence J. Warfield, Trustee Expenses | $178.71 | $0.00 | $178.71 |

Total to be paid for chapter 7 administrative expenses: $1,735.80
Remaining balance: $6,335.08

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $6,335.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $6,335.08

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,206.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | U.S. Department of Education c/o Nelnet | $14,367.80 | $0.00 | $1,440.06 |
| 2 | American Express National Bank, AENB | $1,346.43 | $0.00 | $134.95 |
| 3 | Quantum3 Group LLC as agent for Concora Credit Inc. | $246.69 | $0.00 | $24.73 |
| 4 | Citibank N.A. | $3,696.14 | $0.00 | $370.46 |
| 5 | Citibank N.A. | $2,774.11 | $0.00 | $278.04 |
| 6 | Discover Bank | $3,370.63 | $0.00 | $337.83 |
| 7 | JPMorgan Chase Bank, N.A. | $2,286.83 | $0.00 | $229.20 |
| 8 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | $928.55 | $0.00 | $93.07 |
| 9 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | $6,996.94 | $0.00 | $701.29 |
| 10 | Capital One N.A. by AIS InfoSource LP as agent | $3,494.38 | $0.00 | $350.23 |
| 11 | Capital One N.A. by AIS InfoSource LP as agent | $1,776.90 | $0.00 | $178.09 |
| 12 | Quantum3 Group LLC as agent for Velocity Investments LLC | $2,926.54 | $0.00 | $293.32 |
| 13 | JPMorgan Chase Bank, N.A. | $9,368.95 | $0.00 | $939.03 |
| 14 | JPMorgan Chase Bank, N.A. | $9,625.90 | $0.00 | $964.78 |

Total to be paid to timely general unsecured claims: $6,335.08
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00